# TLSG  The Locator Services Group Ltd.

Thursday, August 23, 2007

Meredith Vitale
Financial Administrator
United States Bankruptcy Court
10 Causeway Street, Room 1101
Boston, MA 02222-1074

Case Number: 01-17027-RS
In Re: ZEFER Corp.
Creditor: Internosis
Amount: $30,661.76

Dear Meredith:

Enclosed please find the Locator Services Group Ltd.'s Petition For Payment Of Unclaimed Funds, Corporate Identification Form For Unclaimed Dividends, Proposed Order and supporting documentation verifying that The Locator Services Group Ltd., as attorney-in-fact, is applying on behalf of the correct creditor, EMC Corporation as successor in interest Internosis. I have also enclosed a copy of this submission to be date stamped and returned to me in the self- addressed envelope.

If you have any questions or require any additional information, please feel free to contact my assistant Greg Harnett at 617-859-0600 extension 19. Thank you for your assistance.

Very truly yours,

Kim Sherrie Sawyer
General Counsel

TLSG Reference Number: 52EMC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:

ZEFER Corp.

BK No. 01-17027-RS
Chapter 7

Debtor(s)

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

NOW APPEARS <u>The Locator Services Group Ltd., of 316 Newbury Street, Suite 32, Boston, MA 02115</u>, and states that on <u>March 29th, 2007</u>, <u>Internosis</u> became entitled to receive <u>$30,661.76</u> as a distribution in the above-titled case, and now appears on the records of this Court as the owner of said funds. The amount requested is being held in the Treasury of the United States as unclaimed funds.

Petitioner represents that he/she/it is entitled to receive the requested funds based upon: (check the box(es) that apply):

    ( ) petitioner is the OWNER of said funds, being the owner appearing on the records of this Court;

    ( ) petitioner is the assignee of the owner's claim to said funds as evidenced in the attached Affidavit of Assignment of Right;

    ( ) petitioner is the owner's successor in interest, as evidenced in the attached Affidavit and/or other identifying documents;

    ( ) petitioner is the personal representative of the owner's estate, as evidenced in the attached Affidavit and/or other identifying documents; or

    ( x ) petitioner is named in a POWER OF ATTORNEY by (grantor) <u>Constance B. Marks</u> valid under the laws of the Commonwealth of Massachusetts, that empowers the petitioner to collect the unclaimed funds described above on behalf of the grantor:

        ( ) as the owner of the claim
        ( x ) as the owner's attorney at law, with authorization to receive said funds
        ( ) as the assignee of the owner's claim to said funds
        ( ) as the owner's successor in interest, or
        ( ) as the personal representative of the owner's estate

Your petitioner submits with this petition following document(s) as proof of the petitioner's identity and status, and the owner's claim of entitlement:

*Limited Power of Attorney*

*Corporate/ Business Identification Form*

*Affidavit of Previous Address*

*Business Card*

*Massachusetts Corporation Database Profile for Internosis, Inc*

*Press Release: EMC Acquires Internosis*

*Transmittal of Unclaimed Funds*

**WHEREFORE,** *petitioner submits to the personal jurisdiction of this Court* and requests that it enter an order directing payment of the unclaimed funds described above to the petitioner, or if the petitioner is not the owner, to the petitioner on behalf of the owner, in accordance with the documents submitted in support of this petition.

The petitioner declares under penalty of perjury that the foregoing is true and correct:

Name of Petitioner: <u>Kim Sherrie Sawyer, Esquire</u>

Signature of Petitioner: _____

Title: <u>General Counsel</u>          Date: <u>Thursday, August 23, 2007</u>

### NOTARY PUBLIC

Commonwealth of <u>   Massachusetts   </u>
County of <u>   Suffolk   </u>

<u>Thursday, August 23, 2007</u>

The above named <u>Kim Sherrie Sawyer</u> personally appeared before me. He/she is known to me to be the person holding the office and authority represented and he/she acknowledges the foregoing to be his/her free act.

_____
(Notary Public)

My commission expires: <u>6/13/2014</u>          (notary seal)

## NOTICE OF RESPONSE TIME

Within twenty (20) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) (if you were served by mail), any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Clerk's Office, 1101 O'Neil Building, 10 Causeway Street, Boston, MA 02222-1074, (617) 565-6339 or 565-6062. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted, unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; (3) the petitioner has failed to provide adequate proof of ownership or settlement; or (4) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

The petitioner mailed a copy of this petition and all attachments on Thursday, August 23, 2007 to:

(1)   United States Attorney
      District of Massachusetts
      1 U.S. Courthouse Way, Suite 9200
      Boston, MA 02210

(2)   Gary W. Cruickshank
      Law Office of Gary W. Cruickshank
      21 Custom House Street
      Suite 920
      Boston, MA 02110

(3)   The Office of the United States Trustee
      1184 O'Neil Federal Building
      10 Causeway Street
      Boston, MA 02222

(4)   Charles R. Bennett, Jr.
      Hanify & King, P.C.
      One Beacon Street
      Boston, MA 02108

_____
Kim Sherrie Sawyer
General Counsel

## LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

EMC Corporation appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as its lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of Internosis in the amount of $30,661.76.

EMC Corporation grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due to Internosis. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of EMC Corporation.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of Internosis or EMC Corporation.

Signed this 17th day of August, 2007.

EMC Corporation
By: Constance B. Marks
Print Name: Constance B. Marks
Title: Outsourcing Manager

Tax ID No. 04-2630009
(Required for identification purposes)

State of Mass.
County of Middlesex

Before me Constance B. Marks personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: [signature]
My Commission Expires: 3/22/2013

NOTARY SEAL
[Seal: Ashton Michael Taylor, Notary Public, Commonwealth of Massachusetts, My Commission Expires March 22, 2013]

TLSG Reference Number: 52EMC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CORPORATE/BUSINESS IDENTIFICATION FORM FOR UNCLAIMED DIVIDENDS

Case Name: _____ZEFER Corp._____

Case No.: _____01-17027-RS_____ Amount of dividend/refund _$30,661.76_

    A dividend/refund check was previously issued in your name in accordance with an Order of this Court; however, said check was not cashed and has been deposited with the United Stated Treasury Account.

    In order to insure payment to the property party, **please fill out the identification portion on this form and mail to: Financial Department, U.S. Bankruptcy Court, 1101 O'Neil Federal Building, 10 Causeway Street, Boston, MA 02222-1074**. Upon receipt of the completed document, your request for payment of unclaimed funds held by the Court will be processed.

**Please Note: Additional documentation of proof of ownership or transfer of ownership may be required.**

---

    I, Constance B. Marks, hereby state that I am the Outsourcing Manager of EMC Corporation and am authorized to request payment of the above dividend.

_____(Signature)_____

**Affix
Corporate Seal**

Subscribed and sworn to before me in the County of __Middlesex__, State of __Mass.__
this __17th__ day of __August__, 200__7__.

(Notary Public)

My Commission Expires: __3/22/2013__

My commission expires:_____

## AFFIDAVIT OF CREDITOR'S
## PREVIOUS ADDRESS

BE IT ACKNOWLEDGED, that I Constance B. Marks of Hopkinton, MA the undersigned deponent, being of legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That, I, Constance B. Marks, am the Outsourcing Manager of EMC Corporation. My responsibilities include the recovery and/or collection of outstanding checks and receivables of EMC Corporation and its subsidiaries and/or acquisitions, including Internosis.

To the best of my knowledge and belief, Internosis previously received mail at PO Box 631851 Baltimore, MD 21263.

I affirm that the foregoing is true, under the penalties of perjury this 17th day of August 2007.

_Constance B. Marks_
Constance B. Marks
Outsourcing Manager
EMC Corporation
176 South Street
Hopkinton, MA 01748
[1] 508-435-1000

---

STATE OF __Massachusetts__

COUNTY OF __Middlesex__

On this 20th day of __August__, 2007 before me Constance B. Marks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_Signature_

[Notary Seal: ASHTON MICHAEL TAYLOR, Notary Public, Commonwealth of Massachusetts, My Commission Expires March 22, 2013]

Affiant: Known ✓ or Produced ID_____

Type of ID_____

My commission expires: 3/22/2013



**Constance B. Marks**

*Outsourcing Manager*

508.435.1000, Ext. 76022
Fax: 508.497.8075
marks_connie@emc.com

**EMC Corporation**  Hopkinton, Massachusetts  01748-9103  www.EMC.com



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**INTERNOSIS, INC.** Summary Screen

Help with this form

Request a Certificate

The exact name of the Foreign Corporation: INTERNOSIS, INC.

Mergered into EMC CORPORATION on 12/30/2005

Entity Type: Foreign Corporation

Identification Number: 541969466

Old Federal Employer Identification Number (Old FEIN): 000718597

Date of Registration in Massachusetts: 08/22/2000

Date of Merger: 12/30/2005

The is organized under the laws of:   State: DE   Country: USA   on: 01/20/2000

Current Fiscal Month / Day: 12 / 31        Previous Fiscal Month / Day: 00 / 00

The location of its principal office:
No. and Street:     4301 NO. FAIRFAX DR., STE 650
City or Town:       ARLINGTON        State: VA   Zip: 22203   Country: USA

The location of its Massachusetts office, if any:
No. and Street:
City or Town:                State:        Zip:       Country:

Name and address of the Registered Agent:
Name:            C T CORPORATION SYSTEM
No. and Street:  101 FEDERAL STREET
City or Town:    BOSTON         State: MA   Zip: 02110   Country: USA

The officers and all of the directors of the corporation:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | ROBERT STALICK | 4301 NO. FAIRFAX DR., STE 650,<br>ARLINGTON, VA 22203 USA<br>4301 NO. FAIRFAX DR., STE 650,<br>ARLINGTON, VA 22203 USA | |
| TREASURER | UNKNOWN | N<br>ONE,<br>N<br>ONE, | |

business entity stock is publicly traded: __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | | |

__ Consent         __ Manufacturer        __ Confidential Data      __ Does Not Require Annual Report
__ Partnership     __ Resident Agent      __ For Profit             __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement

View Filings    New Search

**Comments**

© 2001 - 2007 Commonwealth of Massachusetts
All Rights Reserved

Help



Global Sites | Search

Products | Solutions | Services | Support | Partners    Customer/Partner | Login

About EMC | News/Events | Investors | Work@EMC | Training | Analyst Reports | Customer Stories | Buy | Contact Us

>> back to previous page

- News releases
  - EMC
  - VMware
- In the News
  - EMC
  - EMC Captiva
  - VMware
- EMC blogs
  - Overview
- Media resources
  - PR contacts
  - Photo library
- Events
  - Trade Show/Event Calendar

- E-mail this page
- Print version
- Plug-ins, tools, browser info
- RSS Feeds

## EMC News Release

### EMC Acquires Internosis

*Acquisition Significantly Expands Services Expertise for Microsoft Technologies*

**Hopkinton, Mass.**-Monday, January 9, 2006

EMC Corporation, the world leader in information management and storage, today announced it has acquired Internosis, Inc., a fast-growing, privately held North American-based IT services firm that specializes in IT strategy, application development, IT infrastructure and managed services for Microsoft environments. The acquisition is a key step in EMC's professional services evolution, extending EMC's capabilities to build and deliver tightly integrated solutions around application infrastructure. The acquisition is not expected to have a material impact to EPS for 2006.

Derrell James, Senior Vice President, EMC Technology Solutions, said, "As a best-of-breed provider of services and solutions in Microsoft-oriented application infrastructure and development, Internosis significantly expands EMC's services reach and capabilities. The addition of Internosis's extremely talented people and world-class processes to our own growing professional services and solutions business will help to further accelerate customer adoption of information lifecycle management solutions. The addition also will improve on our ability to provide specialized services and complete solutions for our customers' rapidly growing Microsoft-based environments."

Based in Greenbelt, Maryland, Internosis is one of the fastest-growing IT services firms focusing on the integration of Microsoft technologies within the enterprise. A Microsoft Gold Certified Partner and seven-time Microsoft Partner of the Year, Internosis's approximately 250 service professionals apply processes and solutions to help clients minimize risk and maximize productivity around directory services, knowledge management, collaboration and end-to-end migrations.

Robert Stalick, Internosis's CEO said, "Few companies in IT have EMC's combination of a strong brand, industry-leading products, solutions and service, and an 'A-list' of enterprise customers. We're very excited to join forces with EMC and accelerate the delivery of EMC information lifecycle management solutions in Microsoft environments."

Internosis will become the Microsoft Practice within EMC Technology Solutions, EMC's professional services organization. Internosis's services will be marketed and sold primarily through EMC's North American sales channels and business partners. With more than 9,000 technology experts globally, EMC's services organization brings a unique mix of information infrastructure experience and strategic business focus to give customers a full range of consulting, design, implementation and support services. Details of the transaction are not being disclosed.

### About EMC

EMC Corporation (NYSE: EMC ) is the world leader in products, services and solutions for information management and storage that help organizations extract the maximum value from their information, at the lowest total cost, across every point in the information lifecycle. Information about EMC's products and services can be found at www.EMC.com

**Related information**

›› Learn more about EMC's expanded services for Microsoft

**Subscribe to EMC E-News**

›› Get notified by e-mail when EMC issues news releases.

*For more on EMC news, events, and recent media coverage visit the news section of EMC.com. Note to editors: For further*

# GARY W. CRUICKSHANK
### ATTORNEY-AT-LAW
21 CUSTOM HOUSE STREET, SUITE 920
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 330-1960
TELEFAX (617) 330-1970
gwc@cruickshank-law.com

March 29, 2007

Clerk
United States Bankruptcy Court
1101 Thomas P. O'Neill Jr. Federal Building
10 Causeway Street
Boston MA 02222

    Re:    ZEFER Corp.
              Chapter 7
              Case No. 01-17027-RS

Dear Sir/Madam:

Enclosed please find a check in the amount of $501,547.86 which represents the uncashed dividend checks in the above captioned case. The names, addresses and amounts are also enclosed.

                              Very truly yours,

                              Gary W. Cruickshank

GWC/hb
Enclosure

| Claimant Name and Address | Amount of check(s) |
|---|---|
| Ron Watson<br>167 Capistrano Avenue<br>San Francisco CA 94112 | $105.19 |
| Brian Hunt<br>2301 W. North Avenue<br>Chicago IL 60647 | $2,899.27<br>$2,764.33<br>*5663.60* |
| Martha Stephens<br>PO Box 430<br>630 Kearsarge Mountain Road<br>Warner NH 03278 | $2,899.27<br>$11,272.72<br>*14,171.99* |
| Michael McDermott<br>2841 North Razine<br>Chicago IL 60657 | $2,220.98 |
| Wilson Touissant<br>3036 Bennett Drive<br>Naperville IL 60564 | $2,893.04<br>$5,066.19<br>*7959.23* |
| Richard Cavalli<br>604 Overlook Drive<br>Wyckoff NJ 07481 | $2,899.27<br>$7,314.22<br>*10,213.49* |
| Erica Wares<br>191 L Street<br>Apt. 3<br>S. Boston MA 02127 | $1,301.54<br>$1,376.18<br>*2677.72* |
| Michael Frosch<br>3201 Wildhorse<br>Foristell MO 63348 | $412.25 |
| Robert Mallinger<br>3519 Schreiber Drive<br>Munster IN 46321 | $192.73 |
| Sandor Weisz<br>1315 W. Addison Street<br>Apt. 2A<br>Chicago IL 60613 | $374.00<br>$200.00<br>$520.00<br>$526.54<br>*1620.54* |

| | |
|---|---|
| Kevin Downer<br>3726 N. Paulina<br>Chicago IL 60613 | $7,682.69 |
| Pinkerton<br>PO Box 7247<br>Dept. 8256<br>Philadelphia PA 19170 | $4,719.71 |
| USrefresh Sletten Vending<br>2605 S. Stoughton Road<br>Madison WI 53716 | $140.66 |
| Centennial One Inc.<br>27A Walnut Street<br>Peabody MA 01960 | $23,376.91 |
| John Kelly<br>540 Cross River Road<br>Katonah NY 10536 | $210.73 |
| Hours To You<br>3131 Wilmington Road<br>Suite 3<br>New Castle PA 16105 | $705.60 |
| Powerware<br>PO Box 93810<br>Chicago IL 60673 | $257.95 |
| HotJobs.com<br>406 W. 31st Street, 9th Floor<br>Attn: Julie Shermak<br>NY NY 10001 | $2,032.54 |
| Craigs List<br>PMB 244<br>MBE915 Cole Street<br>San Francisco CA 94117 | $28.79 |
| Homeruns.com<br>70 Innerbelt Road<br>Somerville MA 02143 | $3,048.92 |

| | |
|---|---|
| Togethersoft<br>900 Main Campus Drive<br>Suite 500<br>Raleigh NC 27606 | $15,523.29 |
| Anderson Audio Visual<br>5540 Ruffin Roadster Court<br>San Diego CA 92123 | $92.13 |
| Franklin Interiors Inc.<br>PO Box 642328<br>Pittsburgh PA 15264 | $322.83 |
| Jeff Fischer<br>243 Gary Drive<br>Sewrekly PA 15143 | $91.21 |
| IConverse<br>71 Second Avenue<br>Attn: Paul Hallee<br>Waltham MA 02451 | $846.48 |
| Video Monitoring Services of America<br>330 W. 42nd Street<br>NY NY 10036 | $290.80 |
| GB Asset Advisors LLC<br>Attn: Gretchen Howison<br>40 Broad Street<br>Boston MA 02109 | $767.72 |
| Ardon Vinyl Graphics<br>184 Brookline Avenue<br>Boston MA 02215 | $51.39 |
| Specialtys Café and Bakery<br>3730 Mt. Diablo Blvd.<br>#345<br>Lafayette CA 94549 | $67.25 |
| Porter Novelli Convergence Group<br>100 First Street<br>Suite 2600<br>San Francisco CA 94105 | $25,337.03 |

| | |
|---|---|
| Standard Business Systems Inc.<br>423 West Broadway<br>S. Boston MA 02127 | $38.38 |
| D'ancona & Pflaum LLC<br>111 East Wacker Drive<br>Suite 2800<br>Chicago IL 60601 | $3,674.18 |
| Lowry Computer Products Inc.<br>7100 Whitmore Lake Road<br>Brighton MI 48116 | $50.18 |
| Barry C. Erlich & Co.<br>329 W. 18th Street<br>Chicago IL 60616 | $783.61 |
| Korn Ferry International<br>1800 Century Park East #900<br>Attn: Chris Ramos<br>Los Angeles CA 90067 | $11,407.55 |
| Internosis<br>PO Box 631851<br>Baltimore MD 21263 | $30,661.76 |
| Financial Relations Board Inc.<br>c/o Shared Services<br>13801 FNB Pkwy.<br>Omaha NE 68132 | $1,340.05 |
| Vividence<br>1850 Gateway Drive<br>Suite 500<br>San Mateo CA 94404 | $17,916.66 |
| Pinkerton Consulting and Investigations<br>13950 Ballantyne Corporate<br>Suite 300<br>Charlotte NC 28277 | $1,941.08 |
| Michael Calmus<br>306 Rose Street<br>N. Sioux City SD 57049 | $186.61 |
| Softchoice Corporation | $74,338.93 |

PO Box 33018
Detroit MI 48232

AFCO Credit Corp.                          $5,359.82
PO Box 8440
Kansas City MO 64114

Circle                                     $8,150.49
300 Congress Street
Boston MA 02210

Health South                               $1,602.23
6901 Rockside Road
Independence OH 44131

Stellar Restaurant Group                   $206.99
655 Boylston Street
Suite 1
Boston MA 02116

1 800 Conference                           $5,376.09
PO Box 95537
Chicago IL 60694

Aquent                                     $132,063.80
PO Box 84540
Boston MA 02284

Health South Diagnostic of Fort Couch      $844.49
10475 Perry Hwy
Suite 110
Wexford PA 15090


AFCO                                       $74,772.61
4501 College Blvd.
Ste. 320
Leawood KS 66211


TOTAL UNCASHED DIVIDENC CHECKS             $501,547.86

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:

ZEFER Corp.

Case No. 01-17027-RS

Debtor(s)

Chapter 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that the funds from the uncashed dividend check in the amount of $30,661.76 payable to Internosis, a creditor in this case, were deposited in the Unclaimed Funds Account of the Court, and that the proper recipient for said funds has now been located by The Locator Services Group Ltd. & EMC Corporation as successor in interest to Internosis.

IT IS HEREBY ORDERED that the Clerk of the Bankruptcy Court shall disburse said funds on deposit with the Treasury of the United States herein in the amount specified above to:

EMC Corporation
c/o The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, MA 02115

So Ordered:                                         Entered:

_____                      _____
Bankruptcy Judge                                    Deputy Clerk