**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

```
------------------------------------------------   *
In re:                                              :
                                                    :       BK No. 01-17027 RS
        Zefer Corp.                                 :       Chapter 7
                                                    :
        Debtor(s)                                   :
------------------------------------------------   *
```

### PETITION FOR PAYMENT OF UNCLAIMED FUNDS

NOW APPEARS (petitioner) Dilks & Knopik, LLC of PO Box 2728, Issaquah, WA 98027, and states that on 3/29/07, Michael McDermott became entitled to receive $2,220.98 as a distribution in the above-titled case, and now appears on the records of this Court as the owner of said funds. The amount requested is being held in the Treasury of the United States as unclaimed funds.

Petitioner represents that he/she/it is entitled to receive the requested funds based upon: (check the box(es) that apply):

( )     Petitioner is the OWNER of said funds, being the owner appearing on the records of this Court;

( )     Petitioner is the assignee of the owner's claim to said funds as evidenced in the attached Affidavit or Assignment of Right;

( )     Petitioner is the owner's successor in interest, as evidenced in the attached Affidavit and/or other identifying documents;

( )     Petitioner is the personal representative of the owner's estate, as evidenced in the attached Affidavit and/or other identifying documents; or

**(X)**     Petitioner is named in a POWER OF ATTORNEY by (grantor) <u>Michael McDermott</u>, valid under the laws of the Commonwealth of Massachusetts, that empowers the petitioner to collect the unclaimed funds described above on behalf of the grantor:

( ) as the owner of the claim
(X) as the owner's attorney in fact, with authorization to receive said funds

( ) as the assignee of the owner's claim to said funds

( ) as the owner's successor in interest, or

( ) as the personal representative of the owner's estate

Your petitioner submits with this petition following documents(s) as proof of the petitioner's identity and status, and the owner's claim of entitlement:

1) Power of Attorney

2) Individual Identification Form for Unclaimed Funds

3) Photo Identification

4) Proof of prior residence/location

WHEREFORE, *petitioner submits to the personal jurisdiction of this Court* and requests that it entered an order directing payment of the unclaimed funds described above to the petitioner, or if the petitioner is not the owner, to the petitioner on behalf of the owner, in accordance with the documents submitted in support of this petition.

The petitioner declares under penalty of perjury that the foregoing is true and correct:

Name of Petitioner: Brian J. Dilks, Managing Member, Dilks & Knopik, LLC

Signature of Petitioner: _____

Date: Monday, September 10, 2007

NOTARY PUBLIC

STATE OF WASHINGTON,
COUNTY OF KING

The above named, Brian J. Dilks personally appeared before me. He/She is known to me to be the person holding the office and authority represented and he/she acknowledges the foregoing to be his/her free act.

(SEAL)

Caryn M. Dilks, Notary Public
My commission expires on ____ July 29, 2010

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

```
------------------------------------------------   *
In re:                                             :
                                                   :     BK No. 01-17027 RS
          Zefer Corp.                              :     Chapter 7
                                                   :
          Debtor(s)                                :
------------------------------------------------   *
```

## CERTIFICATE OF SERVICE

The petitioner mailed a copy of this petition and all attachments on <u>Monday, September 10, 2007</u> to:

(1)     United States Attorney
        District of Massachusetts
        US Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210

(2)     The Trustee in the Case/Debtor in Possession at
        Gary W. Cruickshank
        21 Custom House Street #920
        Boston MA 02110

(3)     The Office of the United States Trustee
        1184 O'Neill Federal Building
        10 Causeway Street
        Boston, MA 02222

                 OR

        The Office of the United States Trustee
        600 Main street, Suite 200
        Worcester, MA 01608

(4)     The Attorney for the Debtor
        Mark G. DeGiacomo
        mdegiacomo@mutthalaw.com

                                        _____
                                        Brian J. Dilks, Managing Member
                                        Dilks & Knopik, LLC

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RE: Zefer Corp. | ) ) ) ) ) ) | Case: 01-17027 RS |
| Debtor(s) | ) | **AUTHORITY TO ACT**<br>**Limited Power of Attorney**<br>**LIMITED TO ONE TRANSACTION** |

## <u>USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFRENCED CASE</u>

1.  <u>**Michael McDermott**</u> ("CLIENT"), appoints <u>**Dilks & Knopik, LLC**</u> ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of <u>**$2,220.98**</u> (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2.  CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3.  D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4.  This Authority to Act shall be come effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Michael McDermott

8/31 _____, 2007
Date

Tax ID: XXX-XX-7635

## ACKNOWLEDGMENT

STATE OF ILLINOIS )         COUNTY OF Du Page )

On this 31 day of August, _____, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Michael McDermott known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC Silvana M Lesner

Residing at Warrenville, IL

My Commission expires 8-24-2009

OFFICIAL SEAL
SILVANA M LESNER
Notary Public - State of Illinois
My Commission Expires Aug 24, 2009

UNITED STATE BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------   *
       In re:                              :
                                           :      BK No. 01-17027 RS
            Zefer Corp.                    :
                                           :      Chapter 7
                                           :
            Debtor(s)                      :
----------------------------------------   *
```

INDIVIDUAL IDENTIFICATION FORM FOR UNCLAIMED DIVIDENDS

Case Name: **Zefer Corp.**              Creditor: **Michael McDermott**

Case No. **01-17027 RS**                Amount of dividend/refund: **$2,220.98**

     A dividend/refund check was previously issued in your name in accordance with an Order of this Court; however, said check was not cashed and has been deposited with the United States Treasury account.

     In order to insure payment to the proper party, please fill out the identification portion on this form. Upon receipt of the completed document, your request for payment of unclaimed funds held by the Court will be processed.

Please Note: Additional documentation or proof of ownership or transfer of ownership may be required.

---

     I, Michael McDermott, hereby state that I am the creditor/debtor in the above named proceeding and request payment of my unclaimed dividend/refund check.

Old Address: 2841 North Razine, Chicago, IL 60657

Current Address: 545 LA Londe Ave , Lombard, IL 60148-2829

Driver's license No. _MZ36- 5447-5D13_ , State _IL_

_____
(Signature)

Subscribed and sworn to before me in __Lombard__, __IL__
                                        (city/town)       (State)
this __31'st__ day of __August__ ,20_07_.

_____
(Notary Public)

(Notary Seal)    My Commission Expires: _8-24-09_

Notary Public - State of Illinois
My Commission Expires Aug 24, 2009



# 2004 Illinois Registration Identification Card
## Jesse White, Illinois Secretary of State

RM1M02/28/03:10:0279: 38.00 CK

RR   0304

| Vehicle Year | Vehicle Make | | VIN | |
|---|---|---|---|---|
| 1980 | YAMAHA | | | |
| Weight or CC's | Body Style | | Application Type | |
| 00826 | MOTORCYCL | | MOTORCYCLE | |
| Axles | Leased/Rental | Unit Number | File Number | County |
| | | | | COOK |
| Drivers License Number(s) | | | Expiration Date | |
| | | | MARCH 31, 2004 | |
| | | | Renewal Fee Due | |
| Official Use Only | | | | |

MCY580036

60657

MICHAEL D MC DERMOTT

2841 N RACINE 2FB
CHICAGO, IL 60657

1506A0203063008-13198

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------------------   *
In re:                                          :
                                                :   BK No. 01-17027 RS
              Zefer Corp.                       :   Chapter 7
                                                :
                                                :
              Debtor(s)                         :
------------------------------------------------   *
```

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that the funds from the uncashed dividend check in the amount of $2,220.98 payable to Michael McDermott, a creditor in this case, were deposited in the Unclaimed Funds account of the Court, and that the proper recipient for said funds has now been located by Dilks & Knopik, LLC and Michael McDermott,

IT IS HEREBY ORDERED that the Clerk of the Bankruptcy Court shall disburse said funds on deposit with the Treasury of the United States to the claimant herein in the amount specified above and mailed to:

Michael McDermott
and Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027

Entered:

So Ordered:

_____
Bankruptcy Judge

Dated:

_____
Deputy Clerk

# GARY W. CRUICKSHANK
### ATTORNEY-AT-LAW
21 CUSTOM HOUSE STREET, SUITE 920
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 330-1960
TELEFAX (617) 330-1970
gwc@cruickshank-law.com

March 29, 2007

Clerk
United States Bankruptcy Court
1101 Thomas P. O'Neill Jr. Federal Building
10 Causeway Street
Boston MA 02222

      Re:    ZEFER Corp.
              Chapter 7
              Case No. 01-17027-RS

Dear Sir/Madam:

Enclosed please find a check in the amount of $501,547.86 which represents the uncashed dividend checks in the above captioned case. The names, addresses and amounts are also enclosed.

Very truly yours,

Gary W. Cruickshank

GWC/hb
Enclosure

| Claimant Name and Address | Amount of check(s) |
|---|---|
| Ron Watson<br>167 Capistrano Avenue<br>San Francisco CA 94112 | $105.19 |
| Brian Hunt<br>2301 W. North Avenue<br>Chicago IL 60647 | $2,899.27<br>$2,764.33 |
| Martha Stephens<br>PO Box 430<br>630 Kearsarge Mountain Road<br>Warner NH 03278 | $2,899.27<br>$11,272.72 |
| Michael McDermott<br>2841 North Razine<br>Chicago IL 60657 | $2,220.98 |
| Wilson Touissant<br>3036 Bennett Drive<br>Naperville IL 60564 | $2,893.04<br>$5,066.19 |
| Richard Cavalli<br>604 Overlook Drive<br>Wyckoff NJ 07481 | $2,899.27<br>$7,314.22 |
| Erica Wares<br>191 L Street<br>Apt. 3<br>S. Boston MA 02127 | $1,301.54<br>$1,376.18 |
| Michael Frosch<br>3201 Wildhorse<br>Foristell MO 63348 | $412.25 |
| Robert Mallinger<br>3519 Schreiber Drive<br>Munster IN 46321 | $192.73 |
| Sandor Weisz<br>1315 W. Addison Street<br>Apt. 2A<br>Chicago IL 60613 | $374.00<br>$200.00<br>$520.00<br>$526.54 |

 10kWIZARD
SEC POWER SEARCH

# FORM 497

## GOLDMAN SACHS TRUST - GSGLX

**Filed: September 03, 1998 (period: )**

Definitive materials filed by investment companies

PROSPECTUS                          GOLDMAN SACHS
January 1, 1998, as revised
                                ASSET ALLOCATION PORTFOLIOS
September 1, 1998                  CLASS A, B AND C SHARES

   The Goldman Sachs Asset Allocation Portfolios (the "Portfolios") are
professionally-managed portfolios designed to take advantage of the benefits of
asset allocation. Each Portfolio has a separate objective, which it seeks to
achieve by investing in a number of other Goldman Sachs mutual funds (the
"Underlying Funds").

GOLDMAN SACHS INCOME STRATEGY PORTFOLIO
   Seeks a high level of current income with greater stability of principal
   than an investment in equity securities alone.

GOLDMAN SACHS GROWTH AND INCOME STRATEGY PORTFOLIO
   Seeks long-term capital appreciation and current income.

GOLDMAN SACHS GROWTH STRATEGY PORTFOLIO
   Seeks capital appreciation and secondarily current income.

GOLDMAN SACHS AGGRESSIVE GROWTH STRATEGY PORTFOLIO
   Seeks capital appreciation.

   Goldman Sachs Asset Management ("GSAM"), New York, New York, a separate
operating division of Goldman, Sachs & Co. ("Goldman Sachs"), serves as
investment adviser to each Portfolio. GSAM and its affiliates also provide
advisory services to the Underlying Funds. GSAM is also referred to in this
Prospectus as the "Investment Adviser." Goldman Sachs serves as the Portfolios'
distributor and transfer agent.

SHARES OF THE PORTFOLIOS ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED OR
ENDORSED BY, ANY BANK OR OTHER INSURED DEPOSITORY INSTITUTION AND ARE NOT
INSURED BY THE FEDERAL DEPOSIT INSURANCE CORPORATION, THE FEDERAL RESERVE BOARD
OR ANY OTHER GOVERNMENT AGENCY. AN INVESTMENT IN A PORTFOLIO INVOLVES
INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF PRINCIPAL.

THESE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE SECURITIES AND
EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION NOR HAS THE SECURITIES
AND EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION PASSED UPON THE
ACCURACY OR ADEQUACY OF THIS PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY IS
A CRIMINAL OFFENSE.

   This Prospectus provides information about Goldman Sachs Trust (the "Trust")
and the Portfolios that a prospective investor should understand before
investing. This Prospectus should be retained for future reference. A Statement
of Additional Information (the "Additional Statement"), dated January 1, 1998,
as revised September 1, 1998, containing further information about the Trust
and the Portfolios which may be of interest to investors, has been filed with
the Securities and Exchange Commission ("SEC"), is incorporated herein by
reference in its entirety, and may be obtained without charge from Goldman
Sachs by calling the telephone number, or writing to one of the addresses,
listed on the back cover of this Prospectus. The SEC maintains a Web site
(http://www.sec.gov) that contains the Additional Statement and other
information regarding the Trust.

                          TABLE OF CONTENTS

                                              PAGE
                                              ----

Portfolio Highlights................    2
Fees and Expenses...................    6
Investment Objectives and Policies..    9
Risk Factors and Special
 Considerations.....................   10
Description of Underlying Funds.....   11
Management..........................   19
Expenses............................   22
Reports to Shareholders.............   23
How to Invest.......................   24
Services Available to Shareholders..   30


                                              PAGE
                                              ----

          Distribution and Service Plans........   33
          How to Sell Shares of the Portfolios..   34
          Dividends.............................   35
          Net Asset Value.......................   36
          Performance Information...............   36
          Shares of the Trust...................   37

Source: GOLDMAN SACHS TRUST, 497, September 03, 1998

GOLDMAN SACHS ASSET
MANAGEMENT
ONE NEW YORK PLAZA
NEW YORK, NEW YORK 10004

GOLDMAN, SACHS & CO.
DISTRIBUTOR
85 BROAD STREET
NEW YORK, NEW YORK 10004

GOLDMAN, SACHS & CO.
TRANSFER AGENT
4900 SEARS TOWER
CHICAGO, ILLINOIS 60606

STATE STREET BANK AND TRUST COMPANY
CUSTODIAN
1776 HERITAGE DRIVE
NORTH QUINCY, MASSACHUSETTS 02171

ARTHUR ANDERSEN LLP
INDEPENDENT PUBLIC ACCOUNTANTS
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110

TOLL FREE (IN U.S.) . . . . . . . . . 800-621-2550


- ------------------------------------------------------------------------------
- ------------------------------------------------------------------------------

GOLDMAN SACHS

ASSET ALLOCATION PORTFOLIOS

- ------------------------------------------------------------------------------

PROSPECTUS

CLASS A, B AND C SHARES


LOGO GOLDMAN
      SACHS

- ------------------------------------------------------------------------------
- ------------------------------------------------------------------------------
AAPRO
501423

Source: GOLDMAN SACHS TRUST, 497, September 03, 1998

Get the card with        cash rewards.

CapitalOne | small business SOLUTIONS

# Boston Business Journal

Members: Log in
Not Registered? Register for free extra services.

Who's the leader in your market? GET YOUR BOOK OF LISTS TODAY!

Choose Another Market:
Boston

HOME | ONLINE EDITION | PRINT EDITION | SUBSCRIBE | MARKETPLACE | BUSINESS RESOURCES | EVENTS & NETWORKING | ABOUT US

Search Keywords        GO  Search Archive

↗ News by Company  ↗ News by Industry  ↗ People in the News

EXCLUSIVE REPORTS

Boston > Print Edition                                          ↗ View Boston Jobs - 1586 jobs today

BUSINESS PULSE SURVEY: What are your winter vacation plans?

## Arthur Andersen moving offices

Sister companies to split between Boston, Wellesley

Boston Business Journal - February 14, 1997 by Julie Carrick Dalton Journal Staff

🖨 Print this Article   ✉ Email this Article   📄 Reprints   📶 RSS Feeds   ★ Most Viewed   ★ Most Emailed

**Arthur Andersen LLP** and **Andersen Consulting**, both owned by Andersen Worldwide, are packed up and moving out of **One International Place**, vacating 132,000 square feet of class A Financial District space.

The two sister companies are going their separate ways as of Monday when they move into separate buildings in different cities.



Andersen Consulting is transferring 675 employees to a 63,000-square-foot space in Wellesley built specifically for the company. The consulting group also will be consolidating employees from its 13,000-square-foot Newton office into the new Wellesley office.

Arthur Andersen LLP, the Big Six accounting firm, is moving 600 employees a few blocks away into a 108,000-square-foot, 5-floor space at 225 Franklin Street in Boston. They are leaving a 93,000-square-foot space.

George Massaro, managing partner of Arthur Andersen, said his company plans to move because the Franklin Street space offers more flexibility and will allow better use of space.

Boston-based Spaulding & Slye brokered the deal for Arthur Andersen.

Both companies move at the end of 10-year leases in International Place, which was built in 1987, and is regarded as one of the prime office spaces in the Financial District.

Arthur Andersen signed a 10-year lease for the Franklin Street space.

Julie Hackett, an Arthur Andersen spokeswoman, said the firm is moving out of International Place today and will be ready for business Monday morning.

"This is not your typical flee-the-city-for-the-suburbs to find cheaper rent," said Kevin Kutz, an Andersen Consulting spokesman. "The move to the suburbs had more to do with finding the right kind of building that we could build to suit our needs."

Contact the Editor   Need Assistance?   More Latest News →        Pages  1  2  Continue Reading →

### EXTRA

#### America's hottest job markets

Latest study finds which metros are adding jobs and which are dropping

• 10 sizzling job markets   • 10 coldest job markets   • Rankings for 100 largest markets   • Rankings for top markets   • Poll: Are you looking for job?

SPONSORED BY onTargetjobs



### RELATED COMPANY STORIES

- Clarkston buys part of company, aims to raise $5M for subsidiary (Raleigh/Durham)
- High-level Kaiser marketing exec leaves to pursue entrepreneurial venture (San Francisco)
- He took Habitat to a higher level (Raleigh/Durham)
- Chicago-based Care Partners expands into D.C. (Washington D.C.)
- Georgia businesses, GOP back Romney (Atlanta)
- Investor group with Houston roots acquires Texas Wilson (San Antonio)
- Chase unit opts for tollway space over downtown (Dallas)

### TODAY'S LATEST NEWS STORIES

- Canada calling, but experts warn Toronto Exchange benefits mixed
- BRA names new chief

### BOSTON JOBS        powered by onTargetjobs

- Market Manager - Field Services - Boston, MA - Graybar Electric
- Military Friendly Employers - Landmark Destiny Group
- Technical Project Lead - Systems Integrator - LogMeIn, Inc.
- Account Supervisor - Stackpole & Partners
- Director, Carrier Sales - LogMeIn, Inc

Search Jobs | Post Resume | View More

Employers - Post a Job Today

### FEATURED RESOURCE        POST A JOB

Post a Job & Receive a FREE Premium Salary Report
Post a job online with bizjournals.com and get a PayScale Salary Report - FREE (a $99 value)! Report contains:
- Salary & Hourly Rates

### VIDEO FEATURES



NEW! View today's top **Boston** business headlines with our new video feature.

Today's Video Brief

### BUSINESS RESOURCES

**Starting Your Business**
Sponsored by MasterCard
**Energy boost:** Their business got a jolt from founder's departure.

**Sales & Marketing**
Sponsored by Hoovers
**By the numbers:** Analysis helps predict sales.

**Building Your Business**
Sponsored by Constant Contact
**Holding on:** A close look at bottom the bottom line saves business.

**Technology**
**Survival:** Tech investment helped firm weather storm.

**HR & Careers**
**Rewards:** Employees get a boost for toeing the line.

### BOSTON REAL ESTATE

powered by LoopNet
**Featured Property**



Max Rental Rate: $15.00
Min Rental Rate: $15.00
Building Size: 6,000 SF
Use Type: Lease

↗ More Boston Real Estate

### BOSTON SPORTS TEAMS

MLB - BOSTON RED SOX
NBA - BOSTON CELTICS
NFL - NEW ENGLAND PATRIOTS
NHL - BOSTON BRUINS
More Sports Teams ...

### EMAIL ALERTS

Get the latest local business news delivered to your inbox.
Sign up Today!

**BIZJOURNALS DIRECTORY**
Find local business services by clicking on a category
- Business Insurance
- Direct Marketing
- Radio Advertising
- Motorcycle Insurance
- Sports / Entertainment Centers
- Counseling Services

More Services:

FRANCHISE PROFILES   Sponsored by BISON

Explore these franchises and take the first steps towards franchise business ownership.



We have two ways for you to get into the lucrative healthcare recruiting and

- SEC: Evergreen Investments to pay $32.5M
- AdvanDX launches superbug test in Europe
- Patriot owners invest in media tool
- Most Viewed Stories
- Most Emailed Stories
- People in the News

- Bonus & Benefits
- Skills. Experience & Education

Click here to redeem this offer

**SEARCH PRESS RELEASES**

- View all Boston Press Releases
- View ALL Press Releases

Search by Company, Organization, or Keyword

[            ] GO

Content provided by PR Newswire. Learn more about this service.

**PREFERRED PARTNER**

Find home-based businesses, food franchises and master and multi-unit franchise opportunities. Look to Bison for expert advice on franchise law and how to buy a franchise.

**Finding a Franchise**

- Find the right franchise business for you
- Trends Article Archive
- Full List of Franchises

SPONSORED LINKS

| credit cards | ▾ | Go |
| Boston Top 25 Lists | ▾ | Go |
| Boston Sports Teams | ▾ | Go |
| Site Map | ▾ | Go |

» Sign up for breaking news alerts.   **Brought to you by Cingular**



Use of registration on this site constitutes acceptance of our User Agreement. Please read our Privacy Policy.                    A publishing partner with Portfolio

ONLINE: Home | Business News | Print Edition | Advertise | Marketplace | Business Resources | About Us | Search | RSS Feeds | Site FAQ | Contact Info
PRINT EDITION: Subscribe to Print Edition | Advertise | Book of Lists | Download Electronic Version | Article Reprints Rights
BIZJOURNALS: bizjournals | BizSpace.com | Jobs | bizwomen.com
AFFILIATE PUBLICATIONS: portfolio

© 2007 American City Business Journals, Inc. and its licensors. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of bizjournals.

FindLaw | For the Public | For Small Business | For Legal Professionals | Find a Lawyer

# FindLaw
Lawyer Directory

| **Legal Issue:** (e.g. Divorce) | **Location:** (e.g. Chicago, IL or 60611) | **My Lawyers (0)** |
| --- | --- | --- |
| Business & Commercial Law | Weslaco, TX | Find Lawyers! |

Browse by Location        Browse by Legal Issue        Guided Search        Search by Name        Advanced Search        Help

FindLaw > Lawyer Directory > Law Firm Profile                  📇 Save    ✉ Email    🖨 Print    ✔ Update    📋 Get Listed

## Arthur Andersen & Co LLP

**Address:** 225 Franklin St
Boston, MA 02110-2804
Map & Directions

**Phone:**   (617) 330-4000
(617) 330-4728

**Fax:**    (617) 439-9731

Attorneys

**Attorneys:**

Appel, Sheri L.
Hughes, John
Lustig, Kevin B.
Sharp, Theodore J.
Stinner, Matthew T.
Warren, Kenneth E.
White, Kathleen M.

**Profile Last Updated:**

5/9/2007

When viewing a listing, consider the state advertising restrictions to which lawyers and law firms must adhere, as well as our West Legal Directory disclaimers.

| **Legal Issue:** (e.g. Divorce) | **Location:** (e.g. Chicago, IL or 60611) | | |
| --- | --- | --- | --- |
| Business & Commercial Law | Weslaco, TX | Find Lawyers! | Search by Name<br>Advanced Search |

**FindLaw Lawyer Directory**            Browse by Location | Browse by Legal Issue | Guided Search | Search by Name | Advanced Search | Help

Copyright © 2007 FindLaw. ALL RIGHTS RESERVED    Privacy Policy  Disclaimer              About FindLaw  Advertise on FindLaw