# GARY W. CRUICKSHANK
ATTORNEY-AT-LAW
21 CUSTOM HOUSE STREET, SUITE 920
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 330-1960
TELEFAX (617) 330-1970
gwc@cruickshank-law.com

April 9, 2010

Clerk,
United States Bankruptcy Court
John W. McCormack Post Office and Courthouse
5 Post Office Square, Suite 1150
Boston MA 02109-3945

RE:   ZEFER Corp.
      Chapter 7
      Case No. 01-17027-RS

Dear Sir/Madam:

Enclosed please find a check in the amount of $7,323.15 which represents the uncashed dividend checks in the above captioned case pursuant to the annexed Unclaimed Funds list.

Very truly yours,

Gary W. Cruickshank

GWC/hb
Enclosure

# Unclaimed Funds
Entered 4/8/2010 to 4/9/2010

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 01-17027 8245505 | AKAMAI TECHNOLOGIES, INC. 500 TECHNOLOGY SQUARE CAMBRIDGE, MA 02139 02139 | 10.87 | 04/09/2010 |
| 01-17027 8245512 | ANDERSON AUDIO VISUAL 5540 RUFFIN ROADTER COURT SAN DIEGO, CA 92123 92123 | 1.31 | 04/09/2010 |
| 01-17027 8245513 | ANDERSON EXCHANGE 110 WESTWOOD PLAZA, ROOM #D216 LOS ANGELES, CA 90095 90095 | 2.73 | 04/09/2010 |
| 01-17027 8245515 | ARDON VINYL GRAPHICS 184 BROOKLINE AVE BOSTON, MA 02215 02215 | 0.73 | 04/09/2010 |
| 01-17027 8245517 | ART TECHNOLOGY GROUP 25 FIRST STREET 2ND FLOOR IL 60055 CAMBRIDGE, MA 02141 02141 | 229.36 | 04/09/2010 |
| 01-17027 8245533 | BARRY C. ERLICH & CO. 329 W. 18TH STREET CHICAGO, IL 60616 60616 | 11.13 | 04/09/2010 |
| 01-17027 8245534 | BARRY SECURITY SYSTEMS, INC. 820 LIVINGSTON ST., UNIT 10 TEWKSBURY, MA 01876 01876 | 263.02 | 04/09/2010 |
| 01-17027 8245535 | BAY STATE BLACKBOARD CO., INC. 50 FINNELL DRIVE UNIT 6 WEYMOUTH, MA 02188 | 43.61 | 04/09/2010 |

| | | | |
|---|---|---|---|
| | 02188 | | |
| 01-17027 8245545 | BLUELINE PRESS<br>250 HUDSON ST., 7TH FLOOR<br>NEW YORK, NY 10013<br>10013 | 10.79 | 04/09/2010 |
| 01-17027 8245564 | CDW COMPUTER CENTERS, INC.<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>PO BOX 5126 60675<br>TIMONIUM, MARYLAND 21094<br>21094 | 6.46 | 04/09/2010 |
| 01-17027 8245565 | CENTENNIAL ONE, INC.<br>BUILDING MAINTENANCE SERVICES<br>3771 W 242ND STREET<br>SUITE 205<br>TORRANCE, CA 90505<br>90505 | 331.96 | 04/09/2010 |
| 01-17027 8245568 | CERIDA CORPORATION<br>200 MINUTEMAN ROAD<br>ANDOVER, MA 01810<br>01810 | 104.89 | 04/09/2010 |
| 01-17027 8245571 | CHANDLER MASSAGE THERAPY<br>392 ORANGE STREET<br>SUITE B<br>OAKLAND, CA 94610<br>94610 | 7.65 | 04/09/2010 |
| 01-17027 8245578 | CIRCLES<br>300 CONGRESS STREET<br>BOSTON, MA 02210<br>02210 | 115.74 | 04/09/2010 |
| 01-17027 8245579 | DAVID W. CLARK<br>35 GLENWOOD AVENUE<br>CAMBRIDGE, MA 02139<br>02139 | 116.45 | 04/09/2010 |
| 01-17027 8245579 | DAVID W. CLARK<br>35 GLENWOOD AVENUE<br>CAMBRIDGE, MA 02139<br>02139 | 18.25 | 04/09/2010 |
| 01-17027 | DAVID W. CLARK | 10.36 | 04/09/2010 |

| | | | |
|---|---|---|---|
| 8245579 | 35 GLENWOOD AVENUE<br>CAMBRIDGE, MA 02139<br>02139 | | |
| 01-17027<br>8245593 | CORPORATE EXPRESS<br>PO BOX 74754<br>CHICAGO, IL 60694<br>60694 | 13.33 | 04/09/2010 |
| 01-17027<br>8245595 | CORPORATE EXPRESS OF THE WEST, INC.<br>P.O. BOX 71052<br>CHICAGO, IL 60694<br>60694 | 14.89 | 04/09/2010 |
| 01-17027<br>8245600 | CRAIGS LIST<br>PMB 244<br>MBE915 COLE STREET<br>SAN FRANCISCO, CA 94117<br>94117 | 0.41 | 04/09/2010 |
| 01-17027<br>8245603 | CRESA<br>86 STATE STREET<br>BOSTON, MA 02109<br>ATTN: EDWARD FOTHERGILL<br>02109 | 331.73 | 04/09/2010 |
| 01-17027<br>8245624 | KEVIN L. DOWNER<br>3726 N. PAULINA<br>CHICAGO, IL 60613<br>60613 | 109.08 | 04/09/2010 |
| 01-17027<br>8245643 | EWART ASSOCIATES, L.P.<br>2600 GULF TOWER<br>707 GRANT STREET<br>PITTSBURGH, PA 15219<br>15219 | 989.36 | 04/09/2010 |
| 01-17027<br>8245645 | EXECUTIVE DESTINATIONS INC.<br>THE LEXINGTON OFFICE PARK<br>420 BEDFORD STREET<br>LEXINGTON, MA 02420<br>02420 | 81.77 | 04/09/2010 |
| 01-17027<br>8245655 | FRANKLIN INTERIORS, INC.<br>P.O. BOX 642328<br>PITTSBURGH, PA 15264<br>15264 | 4.58 | 04/09/2010 |

| | | | |
|---|---|---|---|
| 01-17027<br>8245664 | GB ASSET ADVISORS, LLC<br>ATTN GRETCHEN HOWISON<br>40 BROAD STREET<br>BOSTON, MA 02109<br>02109 | 10.90 | 04/09/2010 |
| 01-17027<br>8245680 | HARVARD BUSINESS SCHOOL PUBLISHING<br>300 NORTH BEACON STREET<br>WATERTOWN, MA 02472<br>02472 | 47.15 | 04/09/2010 |
| 01-17027<br>8245681 | JOHN HAWLEY<br>401 WARREN STREET<br>NEEDHAM, MA 02492<br>02492 | 81.54 | 04/09/2010 |
| 01-17027<br>8245688 | HOMERUNS.COM<br>70 INNERBELT RD<br>SOMERVILLE, MA 02143<br>02143 | 43.30 | 04/09/2010 |
| 01-17027<br>8245690 | HOT JOBS.COM<br>406 W. 31st., 9th Floor<br>New York, New York 10001<br>ATTN: JULIE SHERMAK<br>10001 | 28.86 | 04/09/2010 |
| 01-17027<br>8245691 | HOURS TO YOU, INC.<br>3131 WILMINGTON ROAD<br>SUITE 3<br>NEW CASTLE, PA 16105<br>16105 | 10.02 | 04/09/2010 |
| 01-17027<br>8245699 | ICONVERSE<br>71 SECOND AVENUE<br>WALTHAM, MA 02451<br>ATTN: PAUL HALLEE<br>02451 | 12.02 | 04/09/2010 |
| 01-17027<br>8245703 | INTER TEL TECHNOLOGIES, INC.<br>P.O. BOX 631483<br>BALTIMORE, MD 21263<br>21263 | 1.09 | 04/09/2010 |
| 01-17027<br>8245707 | INTERNOSIS<br>P.O. BOX 631851<br>BALTIMORE, MD 21263<br>21263 | 435.41 | 04/09/2010 |

| | | | |
|---|---|---|---|
| 01-17027<br>8245757 | MILK STREET CAFE<br>50 MILK STREET<br>BOSTON, MA 02109<br>02109 | 1.85 | 04/09/2010 |
| 01-17027<br>8245775 | NERI TECHNICAL SERVICES<br>4141 W. BELMONT AVE<br>#405<br>CHICAGO, IL 60641<br>60641 | 4.60 | 04/09/2010 |
| 01-17027<br>8245776 | NETAXS, INC<br>555 E NORTH LANE<br>SUITE 5500<br>CONSHOHOCKEN, PA 19428<br>19428 | 3.81 | 04/09/2010 |
| 01-17027<br>8245810 | PORTER NOVELLI CONVERGENCE GROUP<br>100 FIRST STREET<br>SUITE 2600<br>SAN FRANCISCO, CA 94105<br>94105 | 359.80 | 04/09/2010 |
| 01-17027<br>8245811 | POWERWARE<br>PO BOX 93810<br>CHICAGO, IL 60673<br>60673 | 3.66 | 04/09/2010 |
| 01-17027<br>8245834 | ROYS RECYCLING SERVICE<br>18 STONECLEVE ROAD<br>WELLESLEY, MA 02482<br>02482 | 16.99 | 04/09/2010 |
| 01-17027<br>8245861 | SPECIALTYS CAFE AND BAKERY<br>3730 MT DIABLO BLVD, #345<br>LAFAYETTE, CA 94549<br>94549 | 0.96 | 04/09/2010 |
| 01-17027<br>8245864 | STANDARD BUSINESS SYSTEMS, INC.<br>423 WEST BROADWAY<br>SOUTH BOSTON, MA 02127<br>02127 | 0.55 | 04/09/2010 |
| 01-17027<br>8245867 | STELLAR RESTAURANT GROUP<br>655 BOYLSTON ST<br>STE 1<br>BOSTON, MA 02116<br>02116 | 2.94 | 04/09/2010 |